# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO.: 8:17-cv-01966-JDW-TGW

CHARLIE BONDS, JR.,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

_____/

## STIPULATION SELECTING MEDIATOR

Pursuant to the Court's Order dated October 6, 2017 (the "**Order**") [ECF No.7], Plaintiff Charlie Bonds, Jr. and Defendant Lockheed Martin Corporation ("**Lockheed Martin**"), hereby respectfully notify the Court that they have agreed upon the following mediator for this matter:

    Mark Walker
    Mediation First, Inc.
    200 E. Robinson Street, Suite 700
    Orlando, FL 32801

Dated: February 2, 2018.   Respectfully submitted,

| | |
|---|---|
| */s/ Jay Lechner* | */s/ April Boyer* |
| Jay Lechner (Trial Counsel) | April Boyer (Trial Counsel) |
| Florida Bar No.: 605034 | Florida Bar No. 0168335 |
| WHITTEL & MELTON, LLC | april.boyer@klgates.com |
| One Progress Plaza | Yamilet Hurtado |
| 200 Central Avenue, #400 | Florida Bar No. 95607 |
| St. Petersburg, Florida 33701 | yamilet.hurtado@klgates.com |
| Phone: (727) 822-1111 | **K&L GATES LLP** |
| Fax: (727) 898-2001 | Southeast Financial Center |
| Pleadings@theFLlawfirm.com | 200 South Biscayne Blvd., Suite 3900 |
| lechnerj@theFLlawfirm.com | Miami, Florida 33131 |
| shelley@theFLlawfirm.com | Telephone: 305.539.3300 |
| | Facsimile: 305.358.7095 |
| *Attorneys for Plaintiff Charlie Bonds, Jr.* | *Attorneys for Defendant Lockheed Martin Corp.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 2, 2018**, I electronically filed the foregoing with the Clerk of U.S. Court via the CM/ECF system and was served upon the following identified as counsel of record on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ April Boyer*
April Boyer

Jay P. Lechner, Esq.
Jason M. Melton, Esq.
WHITTEL & MELTON, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Phone: (727) 822-1111
Fax: (727) 898-2001
Service Email:
Pleadings@theFLlawfirm.com
lechnerj@theFLlawfirm.com
shelley@theFLlawfirm.com

*Attorneys for Plaintiff*