UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLIE BONDS, JR.,

    Plaintiff,

v.                                                         Case No: 8:17-CV-1966-T-27TGW

LOCKHEED MARTIN CORPORATION,

    Defendant.
_____/

## ORDER

As stated at the status conference on August 23, 2018, the Case Management and Scheduling Order (Dkt. 18) is amended as follows:[1]

| | |
|---|---|
| Non-expert witness disclosures | September 15, 2018 |
| Expert witness disclosures | October 29, 2018 |
| Discovery Cut-off | November 13, 2018 |
| Dispositive/Daubert Motion Deadline | December 12, 2018 |

**DONE AND ORDERED** this 27th day of August, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[1] All other provisions of the Amended Case Management and Scheduling Order shall remain in full force and effect.

1