**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:17-CV-01966-JDW-TGW**

CHARLIE BONDS, JR.,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

_____

## NOTICE OF MEDIATION

Pursuant to the Court's October 6, 2017 Order [ECF No. 7] and the parties Amended Joint Stipulation Selecting Mediator [ECF No. 16], this case has been scheduled for mediation as follows:

| | |
|---|---|
| Mediator: | Angela Outten |
| Date: | Tuesday, November 13, 2018 |
| Time: | 10:00 a.m. |
| Location: | Regus<br>2202 N. West Shore Blvd., Suite 200<br>Tampa, FL 33607 |

DATED: October 23, 2018

    */s/ April Boyer*
    April Boyer
    Florida Bar No. 0168335
    april.boyer@klgates.com
    Yamilet Hurtado
    Florida Bar No. 95607
    yamilet.hurtado@klgates.com
    **K&L GATES LLP**
    Southeast Financial Center
    200 South Biscayne Blvd., Suite 3900
    Miami, Florida 33131
    Telephone: 305.539.3300
    Facsimile: 305.358.7095

    *Attorneys for Defendant*

CASE NO.: **8:17-CV-01966-JDW-TGW**

- 2 -

## CERTIFICATE OF SERVICE

 **I HEREBY CERTIFY** that on October 23, 2018 a true and correct copy of the foregoing was served via email to:

 April L. Goodwin, Esquire
 The Goodwin Firm
 801 W. Bay Drive
 Suite 705
 Largo, FL 33770
 Phone: (727) 316.5333
 april@goodwin-firm.com

 *Attorneys for Plaintiff*

           */s/ April Boyer*
           April Boyer